B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Richard + Tammy Smith ,                Case No. 09-51225-JWV7
                Debtor

                                              Chapter 7

**DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, Richard Smith , the debtor in the above-styled case, hereby
        *(Printed Name of Debtor)*
certify that on Aug 11th 2010 *(Date)*, I completed an instructional course in personal financial management

provided by Academy of Financial Literacy , an approved personal financial
            *(Name of Provider)*
management provider.    11557-MOW-DE-0119857 27 Tammy Smith

Certificate No. *(if any)*: 11557-MOW-DE-01196676  Richard Smith


☐ I, _____, the debtor in the above-styled case, hereby
        *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

  ☐ Active military duty in a military combat zone; or

  ☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.


Signature of Debtor: _____

Date: 15 Aug 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 11557-MOW-DE-011966576

Bankruptcy Case Number: 09-51225



11557-MOW-DE-011966576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2010, at 11:22 o'clock PM MDT, Richard D. Smith completed a course on personal financial management given by internet by Academy of Financial Literacy, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date:  August 11, 2010            By:    /s/Phillip Eugene Day

                                  Name:  Phillip Eugene Day

                                  Title: Owner

Certificate Number: 11557-MOW-DE-011985727

Bankruptcy Case Number: 09-51225



11557-MOW-DE-011985727

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2010, at 1:41 o'clock PM MDT, Tammy G. Smith completed a course on personal financial management given by internet by Academy of Financial Literacy, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date: August 13, 2010              By:    /s/Phillip Eugene Day

                                    Name:  Phillip Eugene Day

                                    Title: Owner